IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| XTONE, INC., </br></br> Plaintiff, </br></br> v. </br></br> AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and AMAZON.COM SERVICES LLC, </br></br> Defendants. | ) ) ) ) ) ) ) No. 1:25-CV-772-LMB-WEF ) ) ) ) ) ) ) ) |

**AMAZON DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Amazon.com, Inc., Amazon Web Services, Inc., and Amazon.com Services LLC, by and through their undersigned counsel, state as follows:

Amazon.com, Inc. is a publicly held corporation. Amazon.com, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Amazon Web Services, Inc. and Amazon.com Services LLC are wholly owned subsidiaries of Amazon.com, Inc.

Dated: May 28, 2025                          Respectfully submitted,


/s/ Robert E. Scully Jr.
Robert E. Scully, Jr. (VSB No. 19218)
Michael K. Kim, (VSB No. 82922)
BLANKINGSHIP & KEITH, P.C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
T: (703) 691-1235
F: (703) 691-3913
mkim@bklawva.com
rscully@bklawva.com

Douglas E. Lumish (*pro hac vice* forthcoming)
Richard G. Frenkel (*pro hac vice* forthcoming)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
650.328.4600 / 650.463.2600 Fax
doug.lumish@lw.com
rick.frenkel@lw.com

Ashley N. Finger (*pro hac vice* forthcoming)
Hannah Fan (*pro hac vice* forthcoming)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
202.637.2200 / 202.637.2201 Fax
ashley.finger@lw.com
hannah.fan@lw.com

*Attorneys for Defendants*
*Amazon.com, Inc., Amazon Web Services, Inc.,*
*and Amazon.com Services LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of May, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court for the Eastern District of Virginia, using the CM/ECF system, which will send notification of such filing (NEF) to the following:

Craig C. Reilly, Esq (VSB# 20942)
209 Madison Street
Suite 501
Alexandria, VA 22314
T: (703) 549-5354
F: (703) 549-5355
E: craig.reilly@ccreillylaw.com
W: www.ccreillylaw.com

And I hereby certify that I will mail the document by U.S. Mail to the following non-filing user:

Brian Erick Haan
Lee Sheikh & Haan LLC
125 S. Clark St
Suite 1175
Chicago, Il 982-0070
bhaan@leesheikh.com

*Attorneys for Plaintiff*

/s/ Robert E. Scully, Jr.
Robert E. Scully, Jr. VSB No. 19218

3