UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| XTONE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and AMAZON.COM SERVICES LLC, <br><br> Defendants. | No. 2:26-cv-00653-JHC <br><br> **ORDER TO SET MOTION TO DISMISS SCHEDULE** |

Based on the stipulation of the parties, Dkt. # 94, the Court ORDERS that the briefing schedule outlined in the below table shall be set in this action for Defendants' motion to dismiss.

| Briefing | Deadline |
|---|---|
| Defendants' Motion to Dismiss | March 19, 2026 |
| Plaintiff's Opposition to Defendants' Motion to Dismiss | April 16, 2026 |
| Defendants' Reply | April 30, 2026 |

ORDER GRANTING STIPULATED MOTION
TO SET MOTION TO DISMISS SCHEDULE
No. 2:26-cv-00653-JHC          1

**IT IS SO ORDERED.**


DATED this 10th day of March, 2026.


_____
John H. Chun
United States District Judge

ORDER GRANTING STIPULATED MOTION
TO SET MOTION TO DISMISS SCHEDULE
No. 2:26-cv-00653-JHC

2