UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

XTONE, INC.,

Plaintiff,

v.

AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and AMAZON.COM SERVICES LLC,

Defendants.

No. 2:26-cv-00653-JHC

**STIPULATED MOTION AND ORDER REGARDING SCHEDULE**

NOTE ON MOTION CALENDAR:
October 20, 2026

1. On September 9, 2026, the Court entered a Minute Order Setting Trial Date and Related Dates (Dkt. No. 123). The parties subsequently met and conferred regarding modest adjustments to the schedule and related Local Patent Rule deadlines.

2. Good cause exists for the Court to enter the agreed-upon deadlines listed below to afford adequate time for the parties to exchange proposed claim terms, consider the other party's proposed constructions, and complete claim construction discovery in advance of the *Markman* hearing scheduled for May 3, 2027. The agreed-upon deadlines also permit the parties to exchange proposed terms for construction and preliminary constructions in advance of claim construction expert discovery. The agreed-upon deadlines further seek to accommodate the winter holidays.

3. This stipulation does not affect Defendants' pending Motion to Limit the Number of Asserted Claims and to Narrow Prior Art Arguments (Dkt. No. 124).

4. The parties, by and through their undersigned counsel, stipulate and agree to modify upcoming deadlines as follows, subject to the Court's approval. No other change to the case schedule is required as a result of these deadlines.

| **Case Event** | **Current Deadline** | **Revised Deadline** |
|---|---|---|
| Exchange of proposed terms and claim elements for construction | December 4, 2026 (LPR 130(a)) | January 6, 2027 |
| Preliminary claim chart (Exchange of preliminary claim constructions and extrinsic evidence) | January 25, 2027 | January 21, 2027 (LPR 131(a)) |
| Exchange reports from expert witnesses regarding Markman issues | December 14, 2026 | January 28, 2027 |
| Exchange rebuttal expert reports regarding Markman issues | January 8, 2027 | February 11, 2027 |
| Joint claim chart and prehearing statement | February 18, 2027 | February 18, 2027 (unchanged) |
| Completion of claim construction discovery | March 8, 2027 | March 1, 2027 |
| Opening claim construction briefs (24 pages per side) | March 15, 2027 | March 15, 2027 (unchanged) |
| Responsive claim construction briefs (24 pages per side) | March 29, 2027 | March 29, 2027 (unchanged) |
| Substantial completion of document production | Not applicable | April 1, 2027 |
| Tutorial submission | April 19, 2027 | April 19, 2027 (unchanged) |
| *Markman* hearing | May 3, 2027 | May 3, 2027 (unchanged) |
| Close of fact discovery | Not applicable | June 2, 2027 |

IT IS SO STIPULATED AND AGREED.

DATED this 20th day of October, 2026.

MARTINEZ & FARMER LLP

s/ *Ariel A. Martinez*
Tyler L. Farmer, WSBA #39912
Ariel A. Martinez, WSBA #54869
4020 East Madison St., Suite 300
Seattle, WA 98112
Tel: (206) 208-2270
Email: tyler@mfseattle.com
Email: ariel@mfseattle.com

REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna Ballard (*pro hac vice*)
sballard@reichmanjorgensen.com
Jennifer P. Estremera (*pro hac vice*)
jestremera@reichmanjorgensen.com
Alexander Williams (*pro hac vice*)
awilliams@reichmanjorgensen.com
Leaf Williams, (WSBA #51705)
lwilliams@reichmanjorgensen.com
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Nathan Mammen (*pro hac vice*)
nmammen@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310

Michael Matulewicz-Crowley (*pro hac vice*)
mmatulewicz-crowley@reichmanjorgensen.com
Joshua Spiegel (*pro hac vice*)
jspiegel@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
650 Fifth Avenue, Suite 2320
New York, NY 10019
Telephone: (212) 381-1965

*Attorneys for Plaintiff Xtone, Inc.*

DAVIS WRIGHT TREMAINE LLP

*s/ Benjamin J. Byer*
Benjamin J. Byer, WSBA #38206
John Goldmark, WSBA #40980
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Tel: 206.622.3150
benbyer@dwt.com
johngoldmark@dwt.com

Matthew J. Moore (*pro hac vice*)
Ashley N. Finger (*pro hac vice*)
Qiushi (William) Yao (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Tel: 202.637.2200
matthew.moore@lw.com
ashley.finger@lw.com
william.yao@lw.com

Richard G. Frenkel (*pro hac vice*)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Tel: 650.328.4600
rick.frenkel@lw.com

Allison Harms (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Tel: 415.391.0600
allison.harms@lw.com

Julianne Campbell (*pro hac vice*)
Patrick Reilly (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: 212.906.1200
julianne.campbell@lw.com
patrick.reilly@lw.com

*Attorneys for Defendants Amazon.com, Inc., Amazon Web Services, Inc., and Amazon.com Services LLC*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 20th day of October, 2026.

John H. Chun
United States District Judge