**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON**

**AT SEATTLE**

**XTONE, INC.,**

**Plaintiff,**

**v.**

**AMAZON.COM, INC.,**
**AMAZON WEB SERVICES, INC., and,**
**AMAZON.COM SERVICES, LLC,**

**Defendants.**

**NO. 2:26-CV-00653-JHC**

**STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR PRIVILEGE LOG PROPOSALS UNDER ESI ORDER**

NOTE ON MOTION CALENDAR:

November 19, 2026

1. On June 8, 2026, the Court entered the parties' Agreement Regarding Discovery of Electronically Stored Information and Order (Dkt. No. 111) (the "ESI Order"). Section E.1 of the ESI Order provides that the parties "will meet and confer regarding the timing, scope and nature of privilege logs and provide a proposal for such logs on or before December 1, 2026." Dkt. No. 111 at 8. Section G of the ESI Order further provides that the parties may seek "a modification of any terms of this ESI Protocol pursuant to agreement of the parties or a showing of good cause." *Id.* at 9–10.

2. Good cause exists to extend the deadline for the exchange of privilege log proposals from December 1, 2026 to March 1, 2027. Discovery in this case remains at an early stage, and the parties' document productions are ongoing, with substantial completion of document production

scheduled for April 1, 2027 and the close of fact discovery scheduled for June 2, 2027. Dkt. No. 133. The parties are also still in the process of confirming email custodians and email search terms. The requested extension will permit the parties to develop privilege log proposals informed by the volume and nature of the documents collected and reviewed in this case, which will promote an efficient and proportional approach to privilege logging and reduce the likelihood of later disputes.

3. The requested extension will not affect any other deadline in this case.

4. The parties, by and through their undersigned counsel, therefore stipulate and agree to modify the deadline set forth in Section E.1 of the ESI Order as follows, subject to the Court's approval:

| Case Event | Current Deadline | Revised Deadline |
|---|---|---|
| Exchange of privilege log proposals (Dkt. No. 111, § E.1) | December 1, 2026 | March 1, 2027 |

IT IS SO STIPULATED AND AGREED.

DATED this 19th day of November, 2026.

I certify that this memorandum contains 303 words, in compliance with the Local Civil Rules.

By: */s/ Ben J. Byer*

**DAVIS WRIGHT TREMAINE LLP**
John Goldmark, WSBA #40980
Benjamin J. Byer, WSBA #38206
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
johngoldmark@dwt.com
benbyer@dwt.com

**LATHAM & WATKINS LLP**
Matthew J. Moore (*pro hac vice*)
Ashley N. Finger (*pro hac vice*)
Qiushi (William) Yao (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200

Respectfully submitted,

By: */s/Tyler L. Farmer*

**MARTINEZ & FARMER LLP**
Tyler L. Farmer, WSBA #39912
Ariel A. Martinez, WSBA #54869
4020 East Madison St., Suite 300
Seattle, WA 98112
Telephone: (206) 208-2270
tyler@mfseattle.com | ariel@mfseattle.com

**REICHMAN JORGENSEN LEHMAN & FELDBERG LLP**
Courtland L. Reichman (*pro hac vice*)
Shawna L. Ballard (*pro hac vice*)
Jennifer P. Estremera (*pro hac vice*)
Alexander A. Williams (*pro hac vice*)
Leaf Williams (WSBA #51705)
100 Marine Parkway, Suite 300

matthew.moore@lw.com
ashley.finger@lw.com
william.yao@lw.com

Richard G. Frenkel (*pro hac vice*)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
rick.frenkel@lw.com

Allison Harms (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
allison.harms@lw.com

Julianne Campbell (*pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
julianne.campbell@lw.com

*Attorneys for Defendants Amazon.com, Inc., Amazon Web Services, Inc., and Amazon.com Services LLC*

Redwood Shores, CA 94065
Telephone: (650) 623-1401
creichman@reichmanjorgensen.com
sballard@reichmanjorgensen.com
jestremera@reichmanjorgensen.com
awilliams@reichmanjorgensen.com
lwilliams@reichmanjorgensen.com

Christine E. Lehman (*pro hac vice*)
Nathan Mammen (*pro hac vice*)
1909 K. Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
clehman@reichmanjorgensen.com
nmammen@reichmanjorgensen.com

Michael Matulewicz-Crowley (*pro hac vice*)
Joshua Spiegel (*pro hac vice*)
650 Fifth Avenue, Suite 2320
New York, NY 10017
Telephone: (212) 381-1965
mmatulewicz-crowley@reichmanjorgensen.com
jspiegal@reichmanjorgensen.com

*Attorneys for Plaintiff Xtone, Inc.*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 19th day of November, 2026.

John H. Chun
United States District Judge