UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

XTONE, INC.,

Plaintiff,

v.

AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and AMAZON.COM SERVICES LLC,

Defendants.

No. 2:26-cv-00653-JHC

**ORDER**

This matter comes before the Court on its directive that the parties file a joint status report regarding the potential appointment of a special master. Dkt. 137. The Court thanks the parties for the joint status report at Dkt. 143. The Court agrees with Plaintiff that a special master is not currently warranted.

On a related note, the Court notes that its busy calendar in spring 2027[1] may cause delays in this matter. The Court will continue to monitor this matter and consider whether the appointment of a special master would lead to a more expeditious resolution of issues in this case. And it invites the parties to do the same, and to jointly or independently move for a special master at a later time if appropriate.

//

[1] It includes, for example, trial in *FTC, et al. v. Amazon, Inc.*, Case No. 2:26-cv-01495.

Dated this 24th day of November, 2026.

John H. Chun
United States District Judge