**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| **XTONE, INC.,**<br>**Plaintiff,**<br>**v.**<br>**AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and, AMAZON.COM SERVICES LLC,**<br>**Defendants.** | **NO. 2:26-CV-00653-JHC**<br>**STIPULATED MOTION AND ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br>NOTE ON MOTION CALENDAR: November 24, 2026 |

1. On November 13, 2026, Plaintiff Xtone, Inc. ("Xtone") filed its First Amended Complaint (Dkt. No. 139). Pursuant to Local Civil Rule 12(a)(1), Defendants' deadline to respond to the First Amended Complaint is November 30, 2026. *See* LCR 12(a)(1); Fed. R. Civ. P. 6(a)(1)(C), (a)(6)(C); LCR 6(a).

2. Good cause exists to extend Defendants' deadline to respond to the First Amended Complaint from November 30, 2026 to December 8, 2026. *See* Fed. R. Civ. P. 6(b)(1)(A). The First Amended Complaint comprises 285 paragraphs and asserts six patents. Defendants have started preparing an answer to the First Amended Complaint, and require additional time to research and prepare their answer, particularly in light of the intervening Thanksgiving holiday. The requested

eight-day extension will allow Defendants to prepare their responsive pleading.

3. The requested extension will not affect any other deadline in this case.

4. The parties, by and through their undersigned counsel, therefore stipulate and agree to extend Defendants' deadline to respond to the First Amended Complaint, subject to the Court's approval, as follows:

| Case Event | Current Deadline | Revised Deadline |
|---|---|---|
| Defendants' response to First Amended Complaint (Dkt. No. 139) | November 30, 2026 | December 8, 2026 |

IT IS SO STIPULATED AND AGREED.

DATED this 24th day of November, 2026.

I certify that this memorandum contains 199 words, in compliance with the Local Civil Rules.

Respectfully submitted,

By: *s/ Benjamin J. Byer*
**DAVIS WRIGHT TREMAINE LLP**
John Goldmark, WSBA #40980
Benjamin J. Byer, WSBA #38206
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
johngoldmark@dwt.com
benbyer@dwt.com

**LATHAM & WATKINS LLP**
Matthew J. Moore (*pro hac vice*)
Ashley N. Finger (*pro hac vice*)
Qiushi (William) Yao (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
matthew.moore@lw.com
ashley.finger@lw.com

william.yao@lw.com

By: *s/ Ariel A. Martinez*
**MARTINEZ & FARMER LLP**
Tyler L. Farmer, WSBA #39912
Ariel A. Martinez, WSBA #54869
4020 East Madison St., Suite 300
Seattle, WA 98112
Telephone: (206) 208-2270
tyler@mfseattle.com | ariel@mfseattle.com

**REICHMAN JORGENSEN LEHMAN & FELDBERG LLP**
Courtland L. Reichman (*pro hac vice*)
Shawna L. Ballard (*pro hac vice*)
Jennifer P. Estremera (*pro hac vice*)
Alexander A. Williams (*pro hac vice*)
Leaf Williams (WSBA #51705)
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401

creichman@reichmanjorgensen.com

Richard G. Frenkel (*pro hac vice*)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
rick.frenkel@lw.com

Allison Harms (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
allison.harms@lw.com

Julianne Campbell (*pro hac vice*)
Patrick Reilly (*pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
julianne.campbell@lw.com
patrick.reilly@lw.com

*Attorneys for Defendants Amazon.com, Inc., Amazon Web Services, Inc., and Amazon.com Services LLC*

sballard@reichmanjorgensen.com
jestremera@reichmanjorgensen.com
awilliams@reichmanjorgensen.com
lwilliams@reichmanjorgensen.com

Christine E. Lehman (*pro hac vice*)
Nathan Mammen (*pro hac vice*)
1909 K. Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
clehman@reichmanjorgensen.com
nmammen@reichmanjorgensen.com

Michael Matulewicz-Crowley (*pro hac vice*)
Joshua Spiegel (*pro hac vice*)
650 Fifth Avenue, Suite 2320
New York, NY 10017
Telephone: (212) 381-1965
mmatulewicz-crowley@reichmanjorgensen.com
jspiegal@reichmanjorgensen.com

*Attorneys for Plaintiff Xtone, Inc.*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 24th day of November, 2026.

John H. Chun
United States District Judge