**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON**

**AT SEATTLE**

| | | |
|---|---|---|
| **XTONE, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and AMAZON.COM SERVICES, LLC,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **NO. 2:26-CV-00653-JHC**<br><br>**ORDER ON STIPULATED MOTION TO SEAL JOINT STATUS REPORT RE STATUS OF CORE DISCOVERY** |

THIS MATTER having come before the Honorable John H. Chun upon Plaintiff Xtone, Inc. ("Xtone" or "Plaintiff") and Defendants Amazon.com, Inc., Amazon Web Services, Inc., and Amazon.com Services, LLC (collectively, "Amazon" or "Defendants") (together, the "Parties") Stipulated Motion to Seal (Dkt. 150) and the Court, having considered the documents and pleadings on file herein, it is hereby ORDERED that the Stipulated Motion to Seal is GRANTED, and the Highly Confidential portions of the Joint Status Report Regarding the Status of Core Discovery, Exhibits 10-13 and 16 in their entirety, and the Highly Confidential portions of Exhibit 14 be filed UNDER SEAL.

DATED this 25th day of November, 2026.

John H. Chun
United States District Judge